NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TIMOTHY C. HUDSON, DOC #085756,  )
              )
    Appellant,     )
              )
v.            )  Case No. 2D18-1480
              )
STATE OF FLORIDA,     )
              )
    Appellee.     )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Howard L. Dimmig, II, Public Defender, and
Lisa B. Lott, and Maureen E. Surber,
Assistant Public Defender, Bartow, for
Appellant.

Timothy C. Hudson, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


    Affirmed.

KELLY, SALARIO, and ATKINSON, JJ., Concur.